UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LE TUAN THANH, | No.  1:25-cv-01855-KES-EPG |
| Petitioner, | |
| v. | ORDER APPOINTING COUNSEL |
| WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al., | |
| Respondents. | |

Petitioner, an immigration detainee who is representing himself, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, Doc. 1, and a motion for temporary restraining order, Doc. 13.  The assigned magistrate judge authorized petitioner to proceed in forma pauperis without prepayment of the filing fee in this action.  *See* Doc. 3.

The Court has conducted a preliminary review of the petition and motion for temporary restraining order pursuant to Rule 4 of the Rules Governing Habeas Corpus Cases Under Section 2254.[1]  In light of the complexity of the legal issues involved, the Court has determined that the interests of justice require the appointment of counsel for petitioner.  *See* 18 U.S.C. § 3006A(a)(2)(B); *see also Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983).

---

[1]  Rule 1(b) of the Rules Governing Habeas Corpus Cases Under Section 2254 allows a district court to apply any or all of the rules to other types of habeas corpus petitions including § 2241 petitions.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. The Federal Defender is appointed to represent petitioner.

2. The Clerk of the Court shall serve a copy of this order, the petition, and the motion for temporary restraining order, on the Federal Defender at cae_appointments_habeas@fd.org.

3. Additionally, the Clerk of the Court shall serve a copy of this Order together with a copy of petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 on the United States Attorney.

4. The prior response deadline, Doc. 4, is vacated.

5. The parties are directed to meet and confer within 5 days from the date of this order for the purpose of submitting a joint proposed briefing schedule on the motion for temporary restraining order. Petitioner's counsel may file an amended petition and motion for temporary restraining order, if necessary.

6. The parties shall submit a joint proposed briefing schedule by filing it on the docket no later than 8 days from the date of this order.

7. In order to ensure this Court's jurisdiction to resolve the pending § 2241 petition, respondent shall not transfer petitioner to another detention center outside of this judicial district, pending further order of the court. *See* 28 U.S.C. § 1651(a) (establishing the All Writs Act, which empowers the federal courts to "issue all writs necessary or appropriate in aid of their respective jurisdictions…."); *see also F.T.C. v. Dean Foods Co.*, 384 U.S. 597, 604 (1966) (emphasizing that federal courts have the power to "to preserve the court's jurisdiction or maintain the status quo by injunction pending review of an agency's action").

IT IS SO ORDERED.

Dated:   February 18, 2026      

_____
UNITED STATES DISTRICT JUDGE

2