# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUAN THANH LE, | Case No. 1:25-cv-01855-KES-EPG-HC |
| Petitioners, | ORDER DENYING PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL AS MOOT |
| v. | |
| WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al., | (ECF No. 18) |
| Respondents. | |

Petitioner is a federal immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On February 23, 2026, the Court received the instant motion for appointment of counsel. (ECF No. 18.) As the Court appointed counsel for Petitioner on February 19, 2026, (ECF No. 14), the motion for appointment of counsel is DENIED as MOOT.

IT IS SO ORDERED.

Dated:   **April 6, 2026**                    /s/ _Erica P. Grosjean_
UNITED STATES MAGISTRATE JUDGE